Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CLARK,<br><br>             Defendant. | Case No. 3:04-cr-0037-RRB<br><br>DEFENDANT'S MOTION FOR APPOINTED COUNSEL |

Defendant, Christopher Clark, by and through friend of the court, Michael Dieni, Assistant Federal Defender, moves this court for appointed counsel. Mr. Clark intends to file a formal request for a modification of his supervised release. In the past, Mr. Clark was represented by William P. Bryson. Mr. Bryson is deceased, and Mr. Clark cannot afford to hire new counsel. His financial is filed contemporaneously herewith.

///

///

///

DATED this 5th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Michael D. Dieni