UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CLARK,<br><br>           Defendant. | Case No. 3:04-cr-0037-RRB<br><br>PROPOSED<br>ORDER APPOINTING COUNSEL |

After due consideration of defendant's request for appointed counsel, the motion is granted. The Federal Defender is appointed to represent Mr. Clark.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge