Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>CHRISTOPHER CLARK,<br><br>   Defendant. | NO. 3:04-cr-0037-RRB<br><br>**NOTICE OF TERMINATION OF SERVICE** |

   Sue Ellen Tatter, Assistant Federal Defender, hereby notifies the Court that she is no longer an active participant in <u>United States v. Christopher Clark</u>, Case No.3:04-cr-0037-RRB and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

   DATED this 5th day of October 2006.

          Respectfully submitted,

          s/Sue Ellen Tatter
          Assistant Federal Defender
          601 West Fifth Avenue, Suite 800
          Anchorage, AK 99501
          Phone:  907-646-3400
          Fax:   907-646-3480
          E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on October 5, 2006,
a copy of **Notice of Termination
of Service** was served electronically
on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Michael Dieni
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501

s/Sue Ellen Tatter