Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. 3:04-cr-00037-RRB

Christopher Clark

On September 30, 2005, the above-named was placed on supervised release for a period of three years. The offender has completed half of his term of supervised release and has complied with the rules and regulations and is no longer in need of supervision. Since the beginning of supervision, the offender has participated in controlled substance testing which all samples have tested negative. The offender has paid the $100 special assessment, and the offender has obtained stable residency and employment while on supervision. Therefore, it is accordingly recommended that Christopher Clark be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted

REDACTED SIGNATURE

Chris Liedike                                      Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 26 day of March, 2007.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge